AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Eastern **DISTRICT OF** Kentucky

USA

V.

Daniel Gordiano-Valenzuela

**EXHIBIT AND WITNESS LIST**

Case Number: 5:24-cr-28-KKC-MAS-1
5:24-cr-44-KKC-MAS-6

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Magsitrate Judge Edward B. Atkins | G. Todd Bradbury | Jeffery A. Darling |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Detention Hearing - 6/28/2024 | ECR | J. Jones |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| x | | 6/28/2024 | | | Witness - DEA Special Agent Jeremy Fitch |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

[New Page] [Print] [Save As...] [Export as FDF] [Retrieve FDF File] [Reset]