**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL NO. 5:24-CR-44-KKC**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **PRELIMINARY JUDGMENT OF FORFEITURE**

**DANIEL GORDIANO VALENZUELA** **DEFENDANT**

* * * * *

Based on the Plea Agreement [DE 116], and for the reasons stated at bar, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the following property is subject to forfeiture and the Defendant's interest in the property is forfeited to the United States of America pursuant to 18 U.S.C. § 982(a)(1):

**CURRENCY:**
Approximately $100,000.00 in U.S. currency seized on or about August 30, 2023.

**IT IS FURTHER ORDERED** that, pursuant to 18 U.S.C. § 982(a)(1), the United States is entitled to a forfeiture money judgment against the Defendant in the amount of $100,000.00, which represents the amount of proceeds that the Defendant obtained as a result of the violation to which he pled guilty.

**IT IS FURTHER ORDERED** this Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this forfeiture order will become final as to the Defendant at the time of sentencing and be made part of the sentence and included in the judgment.

**IT IS FURTHER ORDERED** that an agency of the United States shall forthwith seize the above-described property and maintain custody of it in accordance with 21 U.S.C. § 853 and all relevant laws until further order of this Court.

**IT IS FURTHER ORDERED** that the United States shall provide notice to all persons who may have an interest in the above-described property, pursuant to Federal Rule of Criminal Procedure 32.2(b)(6), and is authorized to conduct appropriate discovery and any necessary ancillary proceedings as to the collection of the forfeiture money judgment or to the rights of third parties, pursuant to 21 U.S.C. § 853(n) and Federal Rule of Criminal Procedure 32.2(b)(3) and (c).

**IT IS FURTHER ORDERED** that the forfeiture money judgment constitutes a debt owed to the United States that is separate and distinct from any restitution, fine, or penalty ordered by the Court and that shall survive bankruptcy. The United States may take necessary steps to satisfy the forfeiture money judgment, including but not limited to moving to amend this forfeiture order, pursuant to Rule 32.2(e), to substitute property having a value not to exceed $100,000.00 to satisfy the money judgment in whole or in part.

**IT IS FURTHER ORDERED** that the Clerk deliver copies of this Order to all counsel of record and United States Probation.

This 28th day of September, 2026.

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF KENTUCKY

**Signed By:**
***Karen K. Caldwell*** KKC
**United States District Judge**